UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:19-cv-60686-MGC

DANIEL MONCADA,                                        Honorable Marcia G. Cook

       Plaintiff,

vs

PETSMART, INC.
a foreign for-profit corporation,

       Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Bradley J. Leimkuhler, California State Bar Number 261240, of the law firm of Sheppard, Mullin, Richter & Hampton LLP, 650 Town Center Drive, 10th Floor, Costa Mesa, California 92626-1993, (714) 513-5100, for purposes of appearance as co-counsel on behalf of Defendants, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Bradley J. Leimkuhler to receive electronic filings in this case, and in support thereof states as follows:

       1.       Bradley J. Leimkuhler is not admitted to practice in the Southern District of Florida and is a member in good standing and admitted to practice in the following courts:

| Court | Admission Date | Address of the Office Maintaining the Roll of the Court's Members |
|---|---|---|
| California State Court | December 4, 2008 | 180 Howard Street<br>San Francisco, California  94105 |
| United States District Court for the Central District of California | March 6, 2012 | 312 N. Spring Street<br>Los Angeles, CA 90012 |
| United States District Court for the Southern District of California | September 16, 2014 | 221 West Broadway<br>San Diego, California  92101 |
| United States District Court for the Northern District of California | September 4, 2014 | 450 Golden Gate Avenue<br>San Francisco, California  94102 |
| United States District Court for the Eastern District of California | September 10, 2014 | 501 I Street, Room 4-200<br>Sacramento, California  95814 |

2. Movant, Nelson C. Bellido of the law firm of ROIG Lawyers, 44 W. Flagler Street, Suite 2100, Miami, Florida 33130, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Bradley J. Leimkuhler has made payment of this Court's $75.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Bradley J. Leimkuhler, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Bradley J. Leimkuhler at email address:  bleimkuhler@sheppardmullin.com

WHEREFORE, Nelson C. Bellido moves this Court to enter an Order for Bradley J. Leimkuhler, to appear before this Court on behalf of Defendant, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Bradley J. Leimkuhler.

Dated:  September 17, 2019

                    Respectfully Submitted,

By           /s/ *Nelson C. Bellido*
Nelson C. Bellido
ROIG Lawyers
44 W. Flagler Street, Suite 2100
Miami, Florida  33130
Tel:  (305) 405-0997 Ext. 1614
Fax:  (305) 405-1022
nbellido@roiglawyers.com

Bradley J. Leimkuhler, SBN 261024
(*Pro Hac* application forthcoming)
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
(714) 513-5100 | main
(714) 424-8205 | direct
(714) 428-5981 | direct fax
www.sheppardmullin.com
ghurley@sheppardmullin.com

*Attorneys for Defendant,*
*Petsmart, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-60686-MGC

DANIEL MONCADA,                                              Honorable Marcia G. Cook

    Plaintiff,

vs

PETSMART, INC.
a foreign for-profit corporation,

    Defendant.

_____/

### CERTIFICATION OF BRADLEY J. LEIMKUHLER

1.     Bradley J. Leimkuhler, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of California.

                                                                     By:   /s/ *Bradley J. Leimkuhler*
                                                                           Bradley J. Leimkuhler, Esq.
                                                                            Sheppard, Mullin, Richter & Hampton LLP
                                                                            650 Town Center Drive, 10th Floor
                                                                            Costa Mesa, California  92626-1992
                                                                            Telephone:  (714) 513-5100
                                                                            Facsimile:  (714)-513-5130
                                                                            bleimkuhler@sheppardmullin.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th of September 2019, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List by U.S. Mail.

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL  33324
Telephone:  (954) 362-3800
Facsimile:  (954) 362-3779
rhannah@rhannahlaw.com

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL  33126-2309
Telephone:  (305) 266-9780
Facsimile:  (305) 269-8311
pduran@pelayoduran.com

By:  /s/ *Nelson C. Bellido*
Nelson C. Bellido